UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE WOODS | CIVIL ACTION NO. 11-1928 |
| | SECTION: L |
| VERSUS | |
| | JUDGE FALLON |
| APACHE CORPORATION | |
| STALLION OFFSHORE QUARTERS, INC. | MAGISTRATE JUDGE WILKINSON |

## ORDER

CONSIDERING THE MOTION TO DISMISS:

IT IS HEREBY ORDERED that all claims asserted herein by Plaintiff, WILLIE WOODS, against Defendant, STALLION OFFSHORE QUARTERS, INC., be and are dismissed with prejudice, with each party to bear their own costs of court.

THUS DONE AND SIGNED on the ___27th___ day of ___February___, 2014.

_____
UNITED STATES DISTRICT JUDGE